## Kukich, Appellant, *v.* Serbian Eastern Orthodox Church.

Argued March 23, 1965. Before BELL, C. J., MUS-MANNO, JONES, COHEN, EAGEN, O'BRIEN and ROBERTS, JJ.

*Harry Alan Sherman,* for appellants.

*Robert Rade Stone,* with him *George Raynovich, Jr.,* for appellees.

OPINION PER CURIAM, September 29, 1965:
Decree affirmed. Each side to bear own costs.